# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LANE BRYANT, INC., et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. CV F 11-1566 LJO DLB<br><br>**ORDER TO VACATE HEARING ON MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br>(Doc. 19.) |

　　　　On December 2, 2011, defendant Lane Bryant, Inc. ("Lane Bryant") filed papers to seek in effect dismissal of this action in that plaintiff Ernesto Garcia ("Mr. Garcia") had settled his claims with Lane Bryant. Also on December 2, 2011, counsel for Mr. Garcia filed papers to seek to amend the operative complaint to name Jayne Miles as plaintiff and class representative. This Court finds that determination of the motion to amend prior to Lane Bryant's motion to enforce settlement or alternatively, for summary judgment will narrow relevant issues and promote efficiency. As such, based on good cause and its review of the parties' papers, this Court VACATES the January 20, 2012 hearing on Lane Bryant's motion to enforce settlement agreement or alternatively, for summary judgment. This Court will take no action on Lane Bryant's motion, and Mr. Garcia's counsel need not respond to the motion at this time. After determination of the motion to amend, Lane Bryant may seek appropriate relief which is relevant to the ruling on the motion to amend. The clerk is directed to term doc. 19.

　　　　IT IS SO ORDERED.

**Dated:   December 5, 2011**　　　　　　　　　　　　/s/ Lawrence J. O'Neill

1  UNITED STATES DISTRICT JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28