# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO GARCIA,<br><br>              Plaintiff,<br><br>      vs.<br><br>LANE BRYANT, INC, et al.,<br><br>              Defendants. | )  1:11cv01566 LJO DLB<br>)<br>)<br>)  ORDER TO SHOW CAUSE RE:<br>)  DISMISSAL<br>)<br>)<br>)<br>) |

On December 2, 2011, Defendant Lane Bryant, Inc. filed a motion essentially seeking dismissal of this action as Plaintiff Ernesto Garcia had settled his claims with Lane Bryant. On December 2, 2011, counsel for Plaintiff Garcia filed a motion seeking to amend the operative complaint to substitute Jayne Miles as class representative in this action. Due to the motion to amend, the Court vacated the hearing on Lane Bryant's motion to enforce the settlement agreement. On January 31, 2012, the Court denied Plaintiff leave to file a first amended complaint to substitute Ms. Miles as named plaintiff.

Based on the papers and record before the Court, it appears that Plaintiff Ernesto Garcia has settled his claims with Defendant Lane Bryant and he no longer wishes to remain part of this action. As the Court has denied counsel leave to substitute Ms. Miles as plaintiff, it appears that the claims in this action are moot and there is no longer a case or controversy to be decided.

Therefore, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed. Plaintiff is ORDERED to file a written response to this Order to Show Cause within **fourteen (14) days** of the date of this Order.

IT IS SO ORDERED.

   Dated:   **November 5, 2012**               /s/ Dennis L. Beck
                                                                        UNITED STATES MAGISTRATE JUDGE