# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO GARCIA, | CASE NO. CV F 11-1566 LJO DLB |
| Plaintiff, | **NOTICE OF INTENT TO DISMISS ACTION** (Doc. 36.) |
| vs. | |
| LANE BRYANT, et al., | |
| Defendants. | |
| _____/ | |

In response to an order to show cause, plaintiff Ernesto Garcia has recommended to dismiss this action with prejudice as to him and without prejudice as to the class members. As such, this Court intends to so dismiss this action, unless no later than December 3, 2012, defendants file and serve papers to show good cause to take other appropriate action.

IT IS SO ORDERED.

**Dated:   November 26, 2012**         /s/ Lawrence J. O'Neill
                                                             UNITED STATES DISTRICT JUDGE

1