IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO GARCIA, | CASE NO. CV F 11-1566 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** |
| vs. | |
| LANE BRYANT, INC., et al., | (Docs. 36, 37.) |
| Defendants. | |

No papers were filed to respond to this Court's November 26, 2012 notice of intent to close this action. As such, this Court DISMISSES this action with prejudice as to plaintiff Ernesto Garcia only and DISMISSES this action without prejudice as to class members. This Court DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   December 4, 2012**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE