ERIC MECKLEY, State Bar No. 168181
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: emeckley@morganlewis.com

MICHAEL SCHLEMMER, State Bar No. 250000
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mschlemmer@morganlewis.com

Attorneys for Defendant
LANE BRYANT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ERNESTO GARCIA, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>LANE BRYANT, INC., a Pennsylvania corporation;<br><br>　　　　　　　Defendant. | Case No. 1:11-cv-01566-LJO-DLB<br><br>**JUDGMENT OF DISMISSAL**<br><br>Complaint filed:　　July 26, 2011 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1　　　　　　　　　　[PROPOSED] JUDGMENT OF DISMISSAL

DB2/ 23724783.1

WHEREAS, on December 4, 2012, this Court entered an Order DISMISSING this action with prejudice as to Plaintiff Ernesto Garcia and without prejudice as to class members.

IT IS THEREFORE HEREBY ORDERED, ADJUDGED AND DECREED THAT:

Judgment shall be entered in favor of Defendant Lane Bryant and against Plaintiff Ernesto Garcia;

Plaintiff Ernesto Garcia shall take nothing by this action; and

This action is dismissed in its entirety with prejudice as to Plaintiff Ernesto Garcia and without prejudice as to class members.

IT IS SO ORDERED.

Dated:   **December 10, 2012**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

2   [PROPOSED] JUDGMENT OF DISMISSAL

DB2/ 23724783.1